IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JOSE SANDOVAL-GONZALEZ, true name, a/k/a José Sandoval, a/k/a Ramón Acosta-Basora, a/k/a José Sandoal-González, a/k/a Ramón José Acosta-Basora<br>Defendant | CRIMINAL 12-0370CCC |

**ORDER**

Having considered the Report and Recommendation filed on September 21, 2012 (**docket entry 24**) on a Rule 11 proceeding of defendant José Sandoval-González, a/k/a Ramón José Acosta-Basora, held before U.S. Magistrate Judge Marcos E. López on September 20, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 20, 2012.  The **sentencing hearing is set for December 18, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 26, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge